[No. 5902-1. Division One. July 23, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN
O'KERT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81580, David C. Hunter, J., entered August 25,
1977. *Affirmed* by unpublished opinion per Dore, J., con-
curred in by Andersen and Ringold, JJ.

[No. 6132-1. Division One. July 23, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. ALVIN
SINCLAIR, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81419, Warren Chan, J., entered December 2,
1977. *Affirmed in part* and *reversed in part* by unpublished
opinion per James, J., concurred in by Andersen and Dore,
JJ.

[No. 6170-1. Division One. July 23, 1979.]

BETTY F. SANGES, *Appellant,* v. LETA JOHNSON,
*Individually and as Administratrix,*
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 818443, Oluf Johnsen, J. Pro Tem., entered
November 23, 1977. *Affirmed in part* and *reversed in part*
by unpublished opinion per Ringold, J., concurred in by
Andersen, J., Dore, J., dissenting.